NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 22 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QI LI, | No. 13-73142 |
| Petitioner, | Agency No. A087-603-742 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 16, 2018[**]

Before:    REINHARDT, TROTT, and HURWITZ, Circuit Judges.

Qi Li, a native and citizen of China, petitions pro se for review of the Board

of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's ("IJ") decision denying his application for asylum. We have jurisdiction

under 8 U.S.C. § 1252. We review for substantial evidence the agency's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

application of the extraordinary circumstances exception to undisputed facts. *Singh v. Holder*, 656 F.3d 1047, 1051 (9th Cir. 2011). We review de novo claims of due process violations in immigration proceedings. *Jiang v. Holder*, 754 F.3d 733, 738 (9th Cir. 2014). We deny the petition for review.

The record does not compel the conclusion that Li established extraordinary circumstances to excuse his untimely-filed asylum application. *See* 8 C.F.R. §§ 1208.4(a)(5). Thus, we deny the petition for review.

We reject, as unsupported by the record, Li's claim that the IJ was biased. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error to prevail on a due process claim).

In light of our disposition, we do not reach Li's other contentions regarding the sufficiency of his corroborative evidence.

**PETITION FOR REVIEW DENIED.**